**JOINTLY SUBMITTED**

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Tel: (702) 978-4249 / Fax: (954) 333-4256

# UNITED STATES DISTRICT COURT

# DISTRICT OF NEVADA

| | |
|---|---|
| ANTHONY MURPHY, an individual, and ANNETTE MURPHY, an individual,<br><br>    Plaintiffs,<br><br>v.<br><br>HILTON GRAND VACATIONS d/b/a HILTON RESORTS CORP.,<br><br>    Defendant. | Case No.: 2:19-cv-00024-RFB-EJY<br><br>**Stipulation and Order to Dismiss Counter-Defendant Totten Franqui Davis & Burk, LLC Without Prejudice** |
| HILTON RESORTS CORPORATION, a Delaware Corporation,<br><br>    Counter-Plaintiff,<br><br>v.<br><br>ANTHONY MURPHY, an individual, ANNETTE MURPHY, an individual, and TOTTEN, FRANQUI, DAVIS & BURK, LLC, a Florida Limited Liability Company,<br><br>Counter-Defendants.<br>    Counter-Defendants. | |

Defendant/Counter-Plaintiff Hilton Resorts Corporation ("Hilton"), and Counter-Defendants Totten, Franqui, Davis & Burk, LLC ("TFDB"), by and through their respective counsel of record, pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), hereby stipulate and agree:

1. Based on TFDB's bankruptcy filing, all claims asserted by Hilton against TFDB shall be dismissed without prejudice.

40914157.1

GREENSPOON MARDER LLP
3993 Howard Hughes Parkway, Suite 400
Las Vegas, Nevada 89169
Tel: (702) 978-4255 / Fax: (954) 771-9264

2. The hearing on TFDB's Motion to Dismiss, currently scheduled for August 22, 2019, should be vacated as moot.

3. Each party shall bear its own attorneys' fees and costs.

4. All other claims and defenses in this case remain in full force and effect.

Dated this 14th day of August, 2019.

**Totten, Franqui, Davis & Burk, LLP**                    **Greenspoon Marder LLP**

*/s/ Christopher Burk, Esq.*                              */s/ Phillip A. Silvestri, Esq.*
CHRISTOPHER D. BURK, ESQ.                                PHILLIP A. SILVESTRI, ESQ.
Nevada Bar No. 8976                                      Nevada Bar No. 11276
*Counter-Defendant*                                      *Attorneys for Counter-Plaintiff*

IT IS SO ORDERED:

_____
RICHARD F. BOULWARE, II
UNITED STATES DISTRICT JUDGE

DATED this 16th day of August, 2019.

40914157.1